UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA GAMORA,

                             Plaintiff,

             -against-

BOROUGH OF PRISONS, ET AL.,

                             Defendant.

22-CV-7802 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

       By order dated September 19, 2022, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted as to Plaintiff's constitutional claim and for lack of jurisdiction as to the claim under the Federal Tort Claims Act.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

       The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    December 2, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                      Chief United States District Judge